**Fill in this information to identify the case:**

Debtor 1 ___Darien Robinson, Sr._____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Northern_____ District of ___IL_____
(State)

Case number ___25-19155_____

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** ___CitiMortgage, Inc._____   **Court claim no**. (if known): ___11_____

**Last 4 digits** of any number you use to identify the debtor's account:   8   0   8   7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes.  Date of the last notice: ____/____/_____

---

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 12/29/25 Plan Review | (3) | $ 575.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 2/10/26 Proof of Claim | (5) | $ 75.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

Debtor 1    Darien Robinson, Sr.

First Name    Middle Name    Last Name

Case number (*if known*) 25-19155

---

**Part 2:**    **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Timothy R. Yueill

Signature

Date 05/26/26

Print:    Timothy    R.    Yueill

First Name    Middle Name    Last Name

Title    Attorney for Creditor

Company    Law Offices of Ira T. Nevel

Address    175. N. Franklin St., Ste. 201

Number    Street

Chicago    IL    60606

City    State    ZIP Code

Contact phone    312  357  1125

(_____) _____ – _____

Email    Pleadings@nevellaw.com

---

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page **2**

# UNITED STATES BANKRUPTCY COURT

## **Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date:      05/26/2026

Chapter    13 Trustee:   Thomas H. Hooper

Trustee Address:   Office of the Chapter 13 Trustee 150 N Michigan Ave Suite 3800 Chicago, IL 60601

Trustee Email:

Debtor's Counsel Name:    David H Cutler

Debtor's Counsel Address:  Cutler & Associates, Ltd. 4131 Main St. Skokie, IL 60076

Debtor's Counsel Email:    cutlerfilings@gmail.com

Debtor 1 Name:       Darien Robinson, Sr.

Debtor 2 Name

Debtor's Mailing Address:  1646 Ingrid Lane Chicago Heights, IL 60411

Debtor Email:

_/s/ Timothy R. Yueill

**LAW OFFICES OF IRA T. NEVEL, LLC**
175 N. Franklin St., Suite 201
Chicago, IL 60606
312-357-1125

Thursday, January 8, 2026

CENLAR
425 PHILLIPS BLVD
EWING, NJ 08618

# *I N V O I C E*

Matter ID: ■■-■■■■                                          Matter Producer:  TimothyY
ROBINSON DARIEN ■■■■■■

Client ID:  CENLAR                                          Client Producer:   IraN

                                                           Invoice #: ■■■■■
                                                           Federal ID #:

**For Professional Services Rendered:**

| | | | |
|---|---|---|---|
| 12/29/2025 | Legal Services Rendered -Plan review (recoverable) | 0.00 hr | $575.00 |
| | | Total Professional Services: | $575.00 |

## *INVOICE SUMMARY*

| | | |
|---|---|---|
| For  Professional Services: | 0.00  Hours | $575.00 |
| **Total Due:** | | **$575.00** |

**DUE UPON RECEIPT**

*Page 1*

**LAW OFFICES OF IRA T. NEVEL, LLC**
175 N. Franklin St., Suite 201
Chicago, IL 60606
312-357-1125

Thursday, February 19, 2026

CENLAR
425 PHILLIPS BLVD
EWING, NJ 08618

# *I N V O I C E*

Matter ID: █-███                                            Matter Producer: TimothyY
          ROBINSON DARIEN ████████

Client ID:  CENLAR                                          Client Producer:   IraN

                                                            Invoice #: ████████
                                                            Federal ID #:

**For Professional Services Rendered:**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/10/2026 | Legal Services Rendered - Prepare and File a Proof of Claim (recoverable) | 0.00 hr | $75.00 |
| | Total Professional Services: | | $75.00 |

### *INVOICE SUMMARY*

| | | |
|---|---|---|
| For  Professional Services: | 0.00  Hours | $75.00 |
| **Total Due:** | | **$75.00** |

**DUE UPON RECEIPT**

*Page 1*